ADOLPHUS F. LONG, Respondent, *v.* VIOLA LONG, Appellant.

(Submitted April 16, 1934; decided April 24, 1934.)

*Alfred J. Hofmann* for motion.
*Sidney L. Masone* opposed.
Motion denied.

FRANK MOSES et al., as Trustees under the Will of BENJAMIN ADRIANCE, Deceased, Respondents, *v.* GUARANTEED MORTGAGE COMPANY OF NEW YORK, Appellant.

(Submitted April 16, 1934; decided April 24, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 476.)